**No. 42975.**—Protest 990522–G of Dan Brechner & Co. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of Abstract 39509 cigarette whistles in part of bamboo were held dutiable at 45 percent under paragraph 409 as claimed.

**No. 42976.**—Protests 711932–G, etc., of M. Pressner & Co. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel the merchandise in question was held dutiable as follows: (1) rubber articles similar to those the subject of Abstract 41517 at 25 percent under paragraph 1537; (2) uninflated rubber balls at 30 percent under paragraph 1502, *United States* v. *Woolworth* (24 C. C. P. A. 338, T. D. 48770) followed; (3) siron whistles and horns similar to those the subject of Abstracts 39948 and 40480 at 45 percent under paragraph 397; and (4) novelties in chief value of rubber at 25 percent under paragraph 1537 (b), Abstract 25607 followed.

BEFORE THE SECOND DIVISION, JANUARY 9, 1940

**No. 42977.**—Protests 6638–G, etc., of Laces of Belgium (New York).

Opinion by TILSON, J. It was established by the record that certain items consist of Normandy lace articles similar to those involved in *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40). The claim at 75 percent under paragraph 1430 was accordingly sustained.

**No. 42978.**—Protests 855143–G, etc., of F. S. Allenby & Co. et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, JANUARY 9, 1940

**No. 42979.**—Protest 980275–G of Bloomingdale Bros. (New York).

Opinion by EVANS, J. It was stipulated that the merchandise consists of football cheese wafers, Bronx Bix, tomato sticks, salad sticks, cheddar sandwich, and cheese sticks the same as those passed upon in *Wile* v. *United States* (T. D. 49514) and *Renken & Yates Smith Corp.* v. *United States* (1 Cust. Ct. 309, C. D. 73). The claim at 20 percent under paragraph 1558 was therefore sustained.

**No. 42980.**—Protest 670550–G of Lun Tai & Co. (New York).

Opinion by EVANS, J. On the record presented the protest was overruled.